

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-22-2008

# Budget Blinds Inc v. White

Precedential or Non-Precedential: Precedential

Docket No. 06-2733

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Budget Blinds Inc v. White" (2008). *2008 Decisions.* Paper 575.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/575

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 06-2610

BUDGET BLINDS, INC.,
Appellant

v.

VALERIE WHITE;
BUDGET BLINDS OF NJ, INC;
VAL U BLINDS, INC.

Case No: 06-2733

BUDGET BLINDS, INC.

v.

VALERIE WHITE;
BUDGET BLINDS OF NJ, INC.;
VAL U BLINDS, INC.,
Appellants

---

ORDER AMENDING OPINION

---

The precedential opinion filed on July 28, 2008 is AMENDED as follows: (1) the Roman numeral sections I, III, IV, V, VI are amended to I, II, III, IV, and V; and (2) the citation on page 42 to *Sebastian Int'l, Inc. v. Russolillo*, No. 00-03476 CM, 2000 U.S. Dist. LEXIS 21510 (C.D. Cal. Aug. 25, 2005) is amended to read *Sebastian Int'l, Inc. v. Russolillo*, No. 00-03476 CM, 2000 U.S. Dist. LEXIS 21510 (C.D. Cal. Aug. 25, 2000).

By the Court:

 /s/ D. Brooks Smith
United States Circuit Judge

Date: August 22, 2008